# Exhibit B



US011890551B2

(12) **United States Patent**
**Che**

(10) **Patent No.: US 11,890,551 B2**
(45) **Date of Patent: Feb. 6, 2024**

(54) **MOVABLE PUZZLE PLATFORM**

(71) Applicant: **Xiaoling Che**, Dangyang (CN)

(72) Inventor: **Xiaoling Che**, Dangyang (CN)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **17/505,587**

(22) Filed: **Oct. 19, 2021**

(65) **Prior Publication Data**

US 2023/0097737 A1 Mar. 30, 2023

(30) **Foreign Application Priority Data**

Sep. 26, 2021 (CN) .......................... 202111131554.1
Sep. 26, 2021 (CN) .......................... 202122334815.1

(51) **Int. Cl.**
***A63F 9/10*** (2006.01)
***A47B 41/00*** (2006.01)
***A47B 83/04*** (2006.01)
***A47B 13/08*** (2006.01)

(52) **U.S. Cl.**
CPC .......... ***A63F 9/1044*** (2013.01); ***A47B 13/081*** (2013.01); ***A47B 13/083*** (2013.01); ***A47B 41/00*** (2013.01); ***A47B 83/045*** (2013.01); *A63F 2009/105* (2013.01)

(58) **Field of Classification Search**
CPC ............. A63F 9/1044; A63F 2009/105; A47B 13/081; A47B 13/083; A47B 41/00; A47B 41/02; A47B 83/045
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,565,325 A * 1/1986 Ludwig ............... B21B 45/0233 239/597
4,591,161 A * 5/1986 Vanderhoof .......... A63F 3/0423 273/272
4,635,894 A * 1/1987 Sammons ............. F16M 11/08 384/615
4,659,050 A * 4/1987 Tabayashi ............ F16C 33/588 248/349.1
7,273,212 B1 * 9/2007 Kolbaba ............. A63F 3/00895 108/103
11,388,990 B1 * 7/2022 Watkins ................ A63F 9/1044
2005/0252428 A1 * 11/2005 Yamin ...................... D06H 7/00 108/139
2007/0039523 A1 * 2/2007 Helzer ................. A47B 13/083 108/27
2010/0101461 A1 * 4/2010 Brault .................. A47B 13/003 108/140
2013/0019783 A1 * 1/2013 Wang .................. H05B 6/6426 248/163.1

(Continued)

FOREIGN PATENT DOCUMENTS

DE 202022102521 U1 * 8/2022

*Primary Examiner* — Daniel J Rohrhoff

(57) **ABSTRACT**

A movable puzzle platform includes a puzzle board and a board accessible unit. The puzzle board has a bottom for supporting on a playing surface, and a top surface for playing puzzle piece thereon. The board accessible unit is coupled at the bottom of the puzzle board for sliding on the playing surface, wherein the board accessible unit provides accessibility for the puzzle board to move the puzzle board at different planar directions with respect to the playing surface. Therefore, a player is able to move the puzzle board on the playing surface at a desired orientation to assemble the puzzle pieces on the top surface of the puzzle board.

**17 Claims, 4 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

2016/0281908 A1* 9/2016 Mackenzie .......... A47B 13/088
2018/0256275 A1* 9/2018 DeJong .................. A61B 50/18
2019/0328126 A1* 10/2019 MacBain ................. A47B 9/18
2020/0282307 A1* 9/2020 Hovey .................. G06F 3/0488
2021/0170268 A1* 6/2021 Malki .................. A63F 9/1044

* cited by examiner



Z
Y
X
12
13
100
101
31
30
32
321
20
25
21
23
22
14
11

FIG.1

10
21
25
23
11
24
22
20

FIG.2



FIG.3



FIG.4



FIG.5

FIG. 3A



FIG.6

# MOVABLE PUZZLE PLATFORM

## NOTICE OF COPYRIGHT

A portion of the disclosure of this patent document contains material which is subject to copyright protection. The copyright owner has no objection to any reproduction by anyone of the patent disclosure, as it appears in the United States Patent and Trademark Office patent files or records, but otherwise reserves all copyright rights whatsoever.

## BACKGROUND OF THE PRESENT INVENTION

### Field of Invention

The present invention relates to puzzle game apparatus, and more particularly to a movable puzzle platform, wherein the puzzle platform is movable with respect to one or more players for allowing the player to move the puzzle platform for placing the puzzle pieces thereon at different planar directions, such that the player does not need to physically travel from side to side of the puzzle platform.

### Description of Related Arts

Puzzles are devised over the years and are among the most popular board games generally played alone by an individual. It is well known that puzzles are good for the brain. Studies have shown that playing puzzles can improve cognition and visual-spatial reasoning, and can train concentration and patience.

Other than as a means of entertainment and enjoyment, players would like to challenge themselves by playing higher piece counts of the puzzle. Generally speaking, the higher the piece count, the harder the puzzle is. However, a common drawback or a burden for the player is that the finished size of the puzzles is relatively large. For example, a finished size of 1,000 piece puzzles is about 30"×24", a finished size of 5,000 piece puzzles is about 60"×40", and so on. In other words, these puzzles require a relatively large playing surface such as the surface of a table or a puzzle board for putting all the pieces together to form a puzzle figure. Therefore, to play a relatively large puzzle, for example 60"×40" or more, the side length of the puzzle board is longer than the player's arm length that the player is unable to reach the other sides of the puzzle board, so that the player is required to move around the playing surface to put pieces at different directions and portions near each side of the puzzle board. As a skilled player, the strategies for playing the puzzles are configured for sorting the pieces into groups and assembling the border first. Therefore, the player will need to move from one side of the playing surface to another side thereof to play the puzzles. Furthermore, it could take hours, days or even months to compete a larger scale puzzle. One or more puzzle pieces could be missed accidentally or unintentionally. It is sad that the player usually finds out there is a missing piece at the end. Therefore, how to avoid losing any pieces, it is best to find a container to save all the unfinished pieces.

A need exists for a tool that retains all the unfinished pieces and while allowing the player to conveniently player the puzzle. It is to the provision of such a tool that the present disclosure is primarily directed.

## SUMMARY OF THE PRESENT INVENTION

The invention is advantageous in that it provides a movable puzzle platform, wherein the puzzle platform is movable for allowing a player to conveniently play the puzzles.

Another advantage of the invention is to provide a movable puzzle platform, wherein the player is able to move the puzzle platform for placing the puzzle pieces thereon at different planar directions, such that the player does not need to physically travel from side to side of the puzzle platform.

Another advantage of the invention is to provide a movable puzzle platform, wherein the player is allow to move a desired portion of the platform to be in front of the player for putting the designated puzzle thereon in a handy manner. In other words, the invention allows the player to move the puzzle platform rather than the player moves around the puzzle platform.

Another advantage of the invention is to provide a movable puzzle platform, wherein the puzzle platform can be selectively and smoothly moved front-and-back, sideward, and in 360° rotations.

Another advantage of the invention is to provide a movable puzzle platform including a supplement arrangement, wherein the unfinished puzzle pieces can be stored in the supplement arrangement to prevent the puzzle pieces being lost or missed accidentally or unintentionally.

Another advantage of the invention is to provide a movable puzzle platform with a supplement arrangement, wherein the supplement arrangement is held in the puzzle platform to prevent any unwanted access of the supplement arrangement especially when moving the puzzle platform.

Another advantage of the invention is to provide a movable puzzle platform, wherein the operation is simple and easy by moving and/or rotating the puzzle platform on the playing surface.

Another advantage of the invention is to provide a movable puzzle platform, wherein the assembly of the movable puzzle platform is simple by coupling a board accessible unit at a bottom surface of a puzzle board of the puzzle platform.

Another advantage of the invention is to provide a movable puzzle platform, which can be packed with the puzzle pieces to form a puzzle game kit, such that the puzzle platform serves as a puzzle frame for framing the puzzle pieces once the puzzle pieces are completed.

Another advantage of the invention is to provide a movable puzzle platform with a supplement arrangement which includes one or more section puzzle boards each configured for the player to put a group of puzzle pieces together to preassemble a section of the puzzle figure that may also stored in the movable puzzle platform before putting on the main puzzle board.

Another advantage of the invention is to provide a movable puzzle platform, wherein no expensive or complicated structure is required to employ the present invention in order to achieve the above mentioned objectives. Therefore, the present invention successfully provides an economic and efficient solution to create a convenient playing tool for the user to play the puzzle pieces, especially the large scale puzzle.

Additional advantages and features of the invention will become apparent from the description which follows, and may be realized by means of the instrumentalities and combinations particular point out in the appended claims.

According to the present invention, the foregoing and other objects and advantages are attained by a movable puzzle platform for placing a plurality of puzzle pieces thereon, comprising:

a puzzle board having a bottom for supporting on a playing surface, and a top surface for playing the plurality of puzzle pieces thereon; and

a board accessible unit coupled at the bottom surface of the puzzle board for sliding on the playing surface, wherein the board accessible unit is configured to provide accessibility for the puzzle board to move the puzzle board at different planar directions with respect to the playing surface.

In accordance with another aspect of the invention, the present invention comprises a puzzle game kit, comprising:

a plurality of puzzle pieces; and

a movable puzzle platform, which comprises:

a puzzle board having a bottom surface for supporting on a playing surface, and a top surface, wherein the puzzle pieces are assembled on the top surface of the puzzle board; and

a board accessible unit coupled at the bottom surface of the puzzle board for sliding on the playing surface, wherein the board accessible unit is configured to provide accessibility for the puzzle board to move the puzzle board at different planar directions with respect to the playing surface.

Still further objects and advantages will become apparent from a consideration of the ensuing description and drawings.

These and other objectives, features, and advantages of the present invention will become apparent from the following detailed description, the accompanying drawings, and the appended claims.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is an exploded perspective view of a movable puzzle platform according to a preferred embodiment of the present invention.

FIG. **2** is a side view of a board accessible unit of the movable puzzle platform according to the above preferred embodiment of the present invention.

FIG. **3** illustrates an alternative mode of the board accessible unit of the movable puzzle platform according to the above preferred embodiment of the present invention.

FIG. **3**A illustrates another alternative mode of the board accessible unit of the movable puzzle platform according to the above preferred embodiment of the present invention.

FIG. **4** is a sectional view of a supplement arrangement of the movable puzzle platform according to the above preferred embodiment of the present invention.

FIG. **5** is a side view of the movable puzzle platform according to the above preferred embodiment of the present invention, illustrating a kickstand being pivotally folded to support the puzzle board at an inclined manner on the playing surface.

FIG. **6** is a perspective view of the movable puzzle platform incorporating with the puzzle pieces to form a puzzle game kit according to the above preferred embodiment of the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The following description is disclosed to enable any person skilled in the art to make and use the present invention. Preferred embodiments are provided in the following description only as examples and modifications will be apparent to those skilled in the art. The general principles defined in the following description would be applied to other embodiments, alternatives, modifications, equivalents, and applications without departing from the spirit and scope of the present invention.

Referring to FIGS. **1** and **2**, a movable puzzle platform according to a preferred embodiment of the present invention is illustrated, wherein the movable puzzle platform is arranged for a user or a player to assemble a plurality of puzzle pieces **100** on a puzzle surface of the movable puzzle platform. Accordingly, the movable puzzle platform comprises a puzzle board **10** and a board accessible unit **20**.

As shown in FIGS. **1** and **2**, the puzzle board **10**, having a panel configuration, has a bottom **11** for supporting on a playing surface such as a table surface, a wall surface, a floor surface, and the like or even a support frame for supporting the movable puzzle platform on ground, and provides a top surface **12**, wherein when the top surface **12** is a flat surface, it serves as a puzzle floor **101** for playing the puzzle pieces **100** thereon. It is worth mentioning that the puzzle board **10** has a predetermined size adapted for a larger scale puzzle, such as at least 1,000 puzzle pieces, being assembled on the puzzle board **10**.

The board accessible unit **20** is coupled at the bottom surface **11** of the puzzle board **10** and configured for allowing the puzzle board **10** sliding on the playing surface, wherein the board accessible unit **20** provides accessibility for the puzzle board **10** to move the puzzle board **10** at different planar directions with respect to the playing surface.

The puzzle board **10** can be circular, square or rectangular shape. According to the preferred embodiment as shown in FIG. **1**, the puzzle board **10** is embodied to have a rectangular shape defining two longer longitudinal sides and two shorter transverse sides. The puzzle board **10** further comprises a surrounding border wall **13** upwardly extended from a peripheral edge of the top surface **12** of the puzzle board **10** to define the puzzle floor **101** within the surrounding border wall **13**. It is worth mentioning that an area of the puzzle floor **101** is not smaller than an area of the puzzle pieces **100** being put together. Preferably, the area of the puzzle floor **101** matches with the area of the puzzle pieces **100** after the puzzle pieces **100** are assembled. In other words, the puzzle board **10** serves as a puzzle frame for framing the puzzle pieces **101** after the puzzle pieces **100** are assembled.

As shown in FIG. **1**, the puzzle board **10** further comprises an anti-slipping layer **14** overlappedly provided on the puzzle floor **101** for preventing the puzzle pieces **100** being slipped thereon. Preferably, the anti-slipping layer **14** has a self adhesive bottom surface adhered on the puzzle floor **101**, wherein the anti-slipping layer **14** can be removed from the puzzle floor **101** without damaging the puzzle floor **101** and the anti-slipping layer **14**. Therefore, the anti-slipping layer **14** is reusable to place on the puzzle floor **101**. Furthermore, the anti-slipping layer **14** serves as a backing layer of the puzzle pieces **100** after the puzzle pieces **100** are assembled.

It is appreciated that electronic puzzle game is provided as software or APP that the user or player can play the puzzle game with a display such as a TV screen, LED screen or computer monitor. However, the player may generally use a smaller screen to play because a relatively larger screen such as 50" or more TV screen supported on a playing surface is difficult for the player to reach all sizes of the screen. In one

alternative embodiment, the puzzle board **10** can be embodied as an electronic screen, such as a TV display or LED screen, and the top surface **12** is the screen surface that serves as puzzle floor for the player to select and put puzzle piece images together, wherein the board accessible unit **20** is mounted to the bottom of the electronic puzzle board **10** for allowing the electronic puzzle board **10** to smoothly slide on the playing surface that provides accessibility for moving the electronic puzzle board **10** at different planar directions with respect to the playing surface.

As shown in FIGS. **1** and **2**, the board accessible unit **20** comprises a first moving member **21** coupled at the bottom **11** of the puzzle board **10** and a second moving member **22** rotatably coupled to the first moving member **21**. It is worth mentioning that the board accessible unit **20** is preferred to be coupled coaxially with a center of gravity of the puzzle board **10**, for example at a center portion of the puzzle board **10**, such that the puzzle board **10** can be moved on the playing surface in a balancing manner.

According to the preferred embodiment of the present invention, the puzzle board **10** is adapted for being self-rotated 360° on the playing surface via a rotation movement between the first and second moving members **21**, **22**. In other words, the user is able to selectively rotate the puzzle board **10** from one longitudinal side to another opposed longitudinal side or to any one of the shorter transverse sides without walking around the puzzle board **10**. For example, the user is able to assemble one puzzle piece **100** at one side of the puzzle board **10** and to rotate the puzzle board **10** at 180° in order to assembly another puzzle piece **100** at an opposed side of the puzzle board **10**, so as to speed up the assembling time of the puzzle pieces **100**.

In one embodiment, the first and second moving members **21**, **22** are first and second ring members respectively coaxially engaged with each other. In other words, a diameter of the first moving member **21** is smaller than a diameter of the second moving member **22**. The board accessible unit **20** comprises further comprises a first bearing unit **23** coupled between the first and second moving members **21**, **22**, such that when the first moving member **21**, i.e. the first ring member, is rotated within the second moving member **22**, i.e. the second ring member, the puzzle board **10** is self-rotated **360**° on the playing surface. It should be understood that, a rotating angle of the puzzle board **10** can be adjusted to be smaller than 360°. Particularly, an outer circumferential surface of the first moving member **21** is engaged with an inner circumferential surface of the second moving member **22** via the first bearing unit **23** to enable the second moving member **22** being coaxially rotated with respect to the first moving member **21**. In one embodiment, the first bearing unit **23** is constructed to have a holding ring and a plurality of ball bearings spacedly retained at the holding ring in a rotatable manner, such that when the holding ring is coaxially held between the first and second moving members **21**, **22**, the ball bearings are rotatably sandwiched between the first and second moving members **21**, **22** so as to enable the first and second moving members **21**, **22** being coaxially moved with each other.

The board accessible unit **20** further comprises a second bearing unit **24** provided at a bottom side of the second moving member **22** for sliding the puzzle board **10** on the playing surface at different planar directions via the second moving member **22**. Accordingly, assumed that the playing surface defines xyz axis. Via the second bearing unit **24** at the second moving member **22**, the puzzle board **10** is able to selectively slide on the playing surface at any direction with respect to the xy coordinate surface. Via the first bearing unit **23**, the puzzle board **10** is able to selectively rotate on the playing surface with respect to z axis. In other words, the puzzle board **10** is able to freely move at two-dimensional direction, so as to adjust the planer angle of the puzzle board **10** with respect to the user.

In one embodiment, the board accessible unit **20** is detachably coupled at the bottom surface **11** of the puzzle board **10**. As shown in FIG. **2**, the board accessible unit **20** comprises a plurality of coupling members **25** extended from the first moving member **21** to detachably couple at the bottom surface **11** of the puzzle board **10**. Preferably, the coupling members **25** are integrally extended from an inner circumferential surface of the first ring member, i.e. the first moving member **21**, wherein each of the coupling members **25** has a coupling slot formed thereon to detachably couple at the bottom surface **11** of the puzzle board **10** by inserting screws through the coupling slot to the bottom surface **11** of the puzzle board **10**. It is worth mentioning that a plurality of screw holes are formed at the bottom surface **11** of the puzzle board **10**, such that the screws can engage with the screw holes through the coupling slot to couple the board accessible unit **20** at the bottom surface **11** of the puzzle board **10**.

Alternatively, as shown in FIG. **3**, the board accessible unit **20** further comprises one or more first coupling elements **25**A spacedly provided on the bottom surface **11** of the puzzle board **10**, and one or more second coupling elements **26**A spacedly provided at the first moving member **21** to detachably couple the first coupling elements **25**A so as to detachably couple the board accessible unit **20** at the bottom surface **11** of the puzzle board **10**. Preferably, the first and second coupling elements **25**A, **26**A are magnetic elements adapted for magnetically attracting with each other. The first coupling elements **25**A are aligned in a ring shaped on the bottom surface **11** of the puzzle board **10**. The second coupling elements **26**A are provided on a top surface of the first ring member, i.e. the first moving member **21**, wherein the first and second coupling elements **25**A, **26**A are aligned with each other and are magnetically attracted with each other to detachably couple the board accessible unit **20** at the bottom surface **11** of the puzzle board **10**.

Alternatively, as shown in FIG. **3**A, the board accessible unit **20** further comprises one or more coupling elements **25**B provided on at least one of the bottom surface **11** of the puzzle board **10** and the first moving member **21** to detachably couple the board accessible unit **20** at the bottom surface **11** of the puzzle board **10**. In one embodiment, the coupling element **25**B is a self-adhering film or a self-sticking film provided on the first moving member **21** to detachably adhere on the bottom surface **11** of the puzzle board **10**. It is worth mentioning that the coupling element **25**B has a ring shape matching with the first moving member **21**, wherein the coupling element **25**B is re-usable to detachably adhere on the bottom surface **11** of the puzzle board **10** without damaging the detachably adhere on the bottom surface **11** of the puzzle board **10**. It is appreciated that the coupling element **25**B can be applied on the bottom surface **11** of the puzzle board **10** to detachably adhere to the first moving member **21**.

As shown in FIGS. **1** and **4**, the movable puzzle platform further comprises a supplement arrangement **30** configured not only for storing the puzzle pieces **100** before they are assembled, but also for allowing the player to preassemble and store a section of the puzzle figure with a group of puzzle pieces **100**. In one embodiment, the supplement arrangement **30** has one or more drawer cavities **31** formed at sidewalls of the puzzle board **10** between the bottom

surface **11** and the top surface **12** thereof and comprises one or more section puzzle boards **32** slidably received in the drawer cavities **31** respectively. According to the preferred embodiment of the present invention, each of the section puzzle boards **32**, which is embodied as a puzzle drawer **32**, has a section puzzle surface with an anti-slipping layer **14** attached thereon to serve as section puzzle floor **321** for preassembling a group of puzzle pieces **100** to form a section of the puzzle figure and storing the puzzle pieces **100**.

According to the preferred embodiment, the drawer cavities **31** are formed at the transverse sides of the puzzle board **10** respectively. Particularly, two drawer cavities **31** are spacedly formed at each of the transverse sides of the puzzle board **10**. In other words, two puzzle drawers **32** are slidably coupled at each of the transverse sides of the puzzle board **10**. Therefore, four puzzle drawers **32** are slidably coupled at the transverse sides of the puzzle board **10**. It is worth mentioning that each puzzle drawer **32** is independently actuated to slide in-and-out of the corresponding drawer cavity **31**. Since the puzzle drawers **32** are slidably coupled at the transverse sides of the puzzle board **10**, each puzzle drawer **32** is relatively long enough and each drawer cavity **31** is deep enough to retain the puzzle drawer **32** therein so as to prevent the puzzle drawer **32** being slid out of the drawer cavity **31** accidentally or unintentionally when moving the puzzle board **10** on the playing surface. Accordingly, a length of each puzzle drawer is slightly smaller than half of the length of the puzzle board **10** between the transverse sides thereof.

The supplement arrangement **30** further comprises a drawer holder **33** provided at the puzzle board **10** to retain the puzzle drawers **32** in the drawer cavities **31** respectively. In one embodiment, the drawer holder **33** comprises a first magnetic element **331** provided at an inner wall of the drawer cavity **31** and a second magnetic element **332** provided at the puzzle drawer **32** to magnetically attract with the first magnetic element **331** so as to retain the puzzle drawer **32** in the drawer cavity **31**. Due to the magnetically attracting force between the first and second magnetic elements **331**, **332**, the puzzle drawers **32** are held within the drawer cavities **31** respectively to prevent the puzzle drawer **32** being slid out of the drawer cavity **31** accidentally or unintentionally when moving the puzzle board **10** on the playing surface. When a pulling force is applied at one of the puzzle drawers **32** to overcome the magnetically attracting force, the puzzle drawer **32** can be pulled and slid out of the drawer cavity **31**.

As shown in FIG. **5**, the puzzle board **10** further comprises a kickstand **15** pivotally coupled at the bottom surface **11** of the puzzle board **10**. Particularly, one end of the kickstand **15** is pivotally coupled at the bottom surface **11** of the puzzle board **10** while a free end of the kickstand **15** is adapted to pivotally fold from the puzzle board **10** to support on the playing surface. Therefore, when the kickstand **15** is pivotally folded on the bottom surface **11** of the puzzle board **10**, the puzzle board **10** is movable on the playing surface via the board accessible unit **20**. When the kickstand **15** is pivotally folded for supporting on the playing surface, the puzzle board **10** is inclined and supported on the playing surface.

In one application, as shown in FIG. **6**, the movable puzzle platform of the present invention can be incorporated with the puzzle pieces **100** to form a puzzle game kit. Particularly, the area of the puzzle floor **101** matches with the area of the puzzle pieces **100** after the puzzle pieces **100** are assembled, such that the puzzle board **10** serves as a puzzle frame for framing the puzzle pieces **101** after the puzzle pieces **100** are assembled. Furthermore, the puzzle board **10** is constructed to have a plurality of board panels. Therefore, the board panels, the board accessible unit **20** and the puzzle pieces **100** are packed in a box. In order to play the puzzle pieces **100**, the board panels can be assembled edge-to-edge to form the puzzle board **10**. Then, the board accessible unit **20** can be coupled at the bottom side **11** of the puzzle board **10** to form the movable puzzle platform for the user to move the puzzle board **10** on the playing surface and to assemble the puzzle pieces **100** on the top surface **12** of the puzzle board **10**. Once the puzzle pieces **100** are completely assembled on the top surface **12** of the puzzle board **10**, the board accessible unit **20** can be detached from the bottom side **11** of the puzzle board **10**, such that the puzzle board **10** forms the puzzle frame for framing the puzzle pieces **100**.

One skilled in the art will understand that the embodiment of the present invention as shown in the drawings and described above is exemplary only and not intended to be limiting.

It will thus be seen that the objects of the present invention have been fully and effectively accomplished. The embodiments have been shown and described for the purposes of illustrating the functional and structural principles of the present invention and is subject to change without departure from such principles. Therefore, this invention includes all modifications encompassed within the spirit and scope of the following claims.

What is claimed is:

**1**. A movable puzzle platform for placing a plurality of puzzle pieces thereon, comprising:

a puzzle board comprising a top surface for placing the puzzle pieces thereon; and

a board accessible unit comprising a first moving member coupled with said puzzle board, a second moving member, and a first bearing unit coupled between said first moving member and said second moving member, wherein said first moving member is rotatably mounted to said second moving member by said first bearing unit, enabling said puzzle board to be self-rotated on said playing surface;

the second moving member having a flat base and a protrusion protruded from the center of the flat base toward the first moving member for engaging with the first bearing unit;

wherein an outer circumferential surface of said first moving member is engaged with an inner circumferential surface of said second moving member via said first bearing unit to enable said second moving member being coaxially rotated with respect to said first moving member.

**2**. The movable puzzle platform, as recited in claim **1**, wherein said puzzle board further comprises a surrounding border wall upwardly extended from a peripheral edge of said top surface of said puzzle board to define a puzzle floor on said top surface within said surrounding border wall.

**3**. The movable puzzle platform, as recited in claim **2**, wherein said puzzle board further comprises an anti-slipping layer overlapped on said puzzle floor for preventing the puzzle pieces being slipped thereon.

**4**. The movable puzzle platform, as recited in claim **3**, further comprising a supplement arrangement, wherein said supplement arrangement has one or more drawer cavities formed at sidewalls of said puzzle board between top and bottom surfaces thereof and comprises one or more section puzzle boards slidably received in said drawer cavities, wherein each of said section puzzle boards has a section

puzzle floor provided thereof and an anti-slipping layer provided on said section puzzle floor.

**5**. The movable puzzle platform, as recited in claim **1**, further comprising a supplement arrangement, wherein said supplement arrangement has one or more drawer cavities formed at sidewalls of said puzzle board between top and bottom surfaces thereof and comprises one or more section puzzle boards slidably received in said drawer cavities.

**6**. The movable puzzle platform, as recited in claim **1**, wherein said puzzle board has a rectangular shape defining two longer longitudinal sides and two shorter transverse sides, wherein two of drawer cavities are spacedly formed at each of said transverse sides of said puzzle board, such that four of puzzle drawers are slidably coupled at said transverse sides of said puzzle board.

**7**. The movable puzzle platform, as recited in claim **1**, wherein said movable puzzle platform further comprises at least one puzzle drawer, a supplement arrangement and at least one drawer holder, said supplement arrangement comprises at least one drawer cavity formed at sidewalls of said puzzle board, said drawer holder comprises a first magnetic element provided at an inner wall of said drawer cavity and a second magnetic element provided at said puzzle drawer to magnetically attract with said first magnetic element so as to retain said puzzle drawer in said drawer cavity.

**8**. The movable puzzle platform, as recited in claim **1**, wherein said first moving member is a first ring member and said second moving member is a second ring member which are coaxially engaged with each other via said first bearing unit, such that when said first ring member is rotated within said second ring member, said puzzle board is self-rotated 360° on the playing surface.

**9**. The movable puzzle platform, as recited in claim **8**, wherein said board accessible unit further comprises a second bearing unit provided at a bottom side of said second moving member for sliding said puzzle board on the playing surface at different planar directions via said second moving member.

**10**. The movable puzzle platform, as recited in claim **1**, wherein said board accessible unit further comprises a second bearing unit provided at a bottom side of said second moving member for sliding said puzzle board on the playing surface at different planar directions via said second moving member.

**11**. The movable puzzle platform, as recited in claim **1**, wherein said first bearing unit comprises a holding ring and a plurality of ball bearings spacedly retained at said holding ring in a rotatable manner, such that when said holding ring is coaxially held between said first moving member and said second moving member, said ball bearings are rotatably sandwiched between said first moving member and said second moving member so as to enable said first moving member and said second moving member to be coaxially moved with each other.

**12**. The movable puzzle platform, as recited in claim **1**, wherein said first bearing unit comprises a holding ring and a plurality of ball bearings spacedly retained at said holding ring in a rotatable manner, such that when said holding ring is coaxially held between said first moving member and said moving member, said ball bearings are rotatably sandwiched between said first moving member and said second moving member so as to enable said first moving member and said second moving member to be coaxially moved with each other.

**13**. The movable puzzle platform, as recited in claim **1**, wherein said puzzle board is an electronic screen.

**14**. The movable puzzle platform, as recited in claim **13**, wherein said top surface of said puzzle board is a screen surface that serves as a puzzle floor for player to select and put puzzle piece images together.

**15**. The movable puzzle platform, as recited in claim **1**, wherein said first bearing unit is arranged between said outer circumferential surface of said first moving member and said inner circumferential surface of said second moving member.

**16**. The movable puzzle platform, as recited in claim **1**, wherein said first bearing unit is arranged between said first moving member and said second moving member along a length direction of said puzzle board.

**17**. The movable puzzle platform, as recited in claim **1**, wherein

said board accessible unit further comprises a first coupling member extended from an inner circumferential surface of said first moving member to detachably couple with said puzzle board; or

said board accessible unit further comprises a second coupling element provided on said puzzle board and a third coupling element provided on said first moving member, said second coupling element is detachably couple with said third coupling element to detachably couple said board accessible unit with said puzzle board.

* * * * *