# EXHIBIT A

11/26/24, 6:16 AM	Amazon.com: Playboda 1000 Pieces Rotating Plastic Puzzle Board with Drawers and Cover, 30"x22" Portable Jigsaw Puzzle Tabl…

Case: 1:24-cv-11980 Document #: 8-2 Filed: 11/26/24 Page 2 of 10 PageID #:334







Sponsored

- rotation of your puzzle board, giving you effortless access to all parts of the puzzle.
- Quality Protective Cover: Our high-quality natural rubber mat cover does not crease or deform as easily as other cheap transparent polypropylene covers on the market. It provides a tighter fit over the puzzle pieces, does not shift easily, effectively protecting unfinished puzzles. No more worrying about dust or accidental spills ruining your hard work!
- Easy to Clean: Wooden puzzle boards are not waterproof, are susceptible to moisture, and can even cause deformation over time. Cleaning is a hassle. In contrast, the plastic surface is waterproof, which makes it very convenient for cleaning puzzle dust and other dirt!

Show more

Report an issue with this product or seller

### Similar item with fast delivery



ALL4JIG 1500 Piece Rotating Puzzle Board with Drawers and Cover,26"x35"Portable Wooden Jigsaw Puzzle Table for Adults Portable,Lazy Susan Spinning Puzzle Boards Birthday Gift for mom

(3435)

$79.99 prime



sponsored

### Products related to this item

Sponsored



Rotating Puzzle Board for 1500 Pieces with 6 Sliding Drawers and Cover – 360° Lazy ...

3

**Black Friday Deal**
-15% $67⁹⁹
List Price: $79.99
prime



WELGEE Rotating Puzzle Board for 1500 Pieces with Drawers and Cover | Upgraded Lazy...

83

**Black Friday Deal**
-29% $63⁹⁹
List Price: $89.99
prime



1000 Pieces Rotating Puzzle Board with 6 Drawers,30.9"x23.2" Portable Wooden...

29

**Black Friday Deal**
-20% $63⁹⁹
List Price: $79.99
prime

PlayVibe Puzzle Locker 1000 Piece Puzzle Board with Drawers and Cover - Puzzle Solv...

8,274

**Black Friday Deal**
-31% $47⁹⁹
List Price: $69.99
prime



ALL4JIG 1000 Piece Rotating Puzzle Board with Drawers 22"x30"Portable...

545

$65⁹⁵
prime



Puzzle Table with Drawers and Le... Pieces Folding Board with Cov...

23

**Black Friday Deal**
-20% $79⁹⁹
List Price: $99.99
prime

### 4 stars and above

Sponsored

11/26/24, 6:16 AM
Amazon.com: Playboda 1000 Pieces Rotating Plastic Puzzle Board with Drawers and Cover, 30&qu…rtable Jigsaw Puzzle Tabl…
Case 1:24-cv-11980 Document #: 8-2 Filed: 11/26/24 Page 4 of 10 PageID #:336









ALL4JIG 1000 Piece Rotating Puzzle Board with Drawers 22"x30"Portable…
★★★★☆ 545
$65⁹⁵
prime

1000 Pieces Rotating Puzzle Board with Drawers and Cover, Wooden Jigsaw Puzzle…
★★★★☆ 108
Black Friday Deal
-15% $59⁴⁹
List Price: $69.99
prime

ALL4JIG 2-in-1 Tilting & Rotating Puzzle Board for 1500 Pieces, 35.2" x 26.2", Adju…
★★★★☆ 307
Black Friday Deal
-15% $127⁴³
List Price: $149.99
prime

ALL4JIG 1500PCS Portable Puzzle Table with Legs, 25"x34"Adjustable…
★★★★☆ 772
$109⁹³
prime
Save $20.00 with coupon

Gamenote 1500 Pieces Rotating Jigsaw Puzzle Table with Puzzle Cover, Portable Large…
★★★★☆ 1,828
$79⁹⁹
prime

1500 Piece Puz… with Legs, 35"x… Adjustable Puz… for Adults an…
★★★★☆ 54…
Black Friday Deal
-15% $110…
List Price: $129.99
prime

## Product information

| | |
|---|---|
| Package Dimensions | 33.19 x 24.53 x 2.6 inches |
| Item Weight | 14.12 pounds |
| ASIN | B0DH3D7PW1 |
| Manufacturer recommended age | 6 years and up |
| Best Sellers Rank | #5,973 in Toys & Games (See Top 100 in Toys & Games)<br>#22 in Puzzle Accessories |
| Customer Reviews | 5.0 ★★★★★ 13 ratings<br>5.0 out of 5 stars |
| Manufacturer | Playboda |

### Warranty & Support

**Product Warranty:** For warranty information about this product, please click here

### Feedback

Would you like to **tell us about a lower price?**

## Product Description

**ADVANTAGES OF PLAYBODA ROTATING PUZZLE BOARD**

### Puzzle Pieces Easily Seen
The large warm white work surface makes puzzle pieces easy to see and move, yet completely non-glaring, making your puzzling experience much more enjoyable!

### Waterproof & Easy to Clean
Wooden puzzle boards are not waterproof, are susceptible to moisture, and can even cause deformation over time. Cleaning is a hassle. In contrast, the plastic surface is waterproof, which makes it very convenient for cleaning puzzle dust and other dirt!

### Anti-slip Design
The anti-slip pads on the bottom ensure that the puzzle board stays securely in place, reducing the risk of accidental movement. Additionally, the pads act as a protective barrier between the puzzle board and the table, preventing any potential scratches to the tabletop surface.

### 4 Large Colorful Drawers
Four large drawers in soft Morandi colors are both elegant and modern, allowing you to organize puzzle pieces by color or section, making the puzzle-solving process more efficient.

### Innovative Rotating System
Our rotating system features an innovative design that allows for easy installation and removal without any tools. The ultra-large 18-inch diameter base ensures smooth 360° rotation of your puzzle board, making your puzzling experience more enjoyable.

### Quality Protective Cover
Our high-quality natural rubber mat cover does not crease or deform as easily as other cheap transparent polypropylene covers on the market, effectively protecting unfinished puzzles. No more worrying about dust or accidental spills ruining your hard work!

### Easy to Store
You can place your puzzle table on any surface, such as countertops, coffee tables, or even the floor. When you need extra space for seating or dining, simply cover your puzzle with the puzzle cover, close the drawers, and store it under a couch or bed. Your puzzle will be well-stored and safely kept in just a few seconds.

### Humanized Slightly Beveled Edge
Designed with ergonomics in mind, the slightly beveled edge of the puzzle board helps reduce arm strain during long puzzle sessions. Enjoy a more comfortable and enjoyable puzzle experience—perfect for puzzle enthusiasts of all ages!

## Customers who bought this item also bought

Case 1:24-cv-11980 Document #: 8-2 Filed: 11/26/24 Page 5 of 10 PageID #:337



Ceaco - The Puzzle Scoop – A Lifting, Moving, Illuminating, and Magnifying Puzzle Accessory for All Puzzlers
2,710
-17% $9⁹⁹
List: $11.99
Get it as soon as **Monday, Dec 2**
FREE Shipping on orders over $35 shipped by Amazon

## Products related to this item
Sponsored

     

Puzzle Table with 6 Drawers and Legs,1500 Pieces Folding Puzzle Board with Cover & …
23
Black Friday Deal
-20% $79⁹⁹
List Price: $99.99
prime

1500 Pieces Rotating Puzzle Board with 6 Drawers,26"x35" Portable Wooden…
29
Black Friday Deal
-20% $79⁹⁹
List Price: $99.99
prime

1500 Piece Puzzle Table with Legs, 35"x26" Adjustable Puzzle Tables for Adults an…
54
Black Friday Deal
-15% $110⁴⁹
List Price: $129.99
prime

1500 Piece Rotating Puzzle Board with Drawers, 35"×27"Wooden Felt…
29
Black Friday Deal
-16% $55⁹⁹
($0.04/Count)
List Price: $66.99
prime

Rotating Puzzle Board for 1500 Pieces with 6 Sliding Drawers and Cover – 360° Lazy …
3
Black Friday Deal
-15% $67⁹⁹
List Price: $79.99
prime

WELGEE Rotating Board for 1500 with Drawers a Upgraded Lazy
83
Black Friday Deal
-29% $63⁹⁹
List Price: $89.99
prime

## Videos
### Videos for this product


2:00
Makes puzzle even more enjoyable with this puzzle board!
Danielle's Favorites


0:37
Playboda 1000 Pieces Rotating Puzzle Board
Sanhou-SH


0:47
Rotating Puzzle board
Diane



Upload your video

Sponsored

Case: 1:24-cv-11980 Document #: 8-2 Filed: 11/26/24 Page 6 of 10 PageID #:338



ALL4JIG 1500 Pieces Rotating Puzzle Board with 6 Drawers and…

4.7 ★★★★☆ 750



Sponsored ⓘ

---

## Looking for specific info?

## Customer reviews

★★★★★ 5 out of 5

13 global ratings

| | | |
|---|---|---|
| 5 star | | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

▼ How customer reviews and ratings work



Sponsored ⓘ

### Reviews with images



See all photos ›

Top reviews ▼

### Top reviews from the United States

👤 TLC

★★★★★ Very Pleased! Great Quality!

Reviewed in the United States on November 21, 2024

**Amazon Vine Customer Review of Free Product** ( What's this? )

I was surprised by the size of this puzzle table, in a good way. It is big enough to accommodate almost every size puzzle we would want to assemble. The table is a well-built, heavy duty, plastic construction. This substantial puzzle table should last for years. It is NOT rickety at all. I am impressed. The mat that comes with it is heavy enough to really keep the puzzle in place and not shift if say…a CAT were to walk over it…because you know a cat could not resist doing so. It may also protect the puzzle from a young human, though the best protection is under a sofa, bed, or coffee table. We are going to keep our puzzle table under our sofa. The table is low profile enough to just slide underneath. Our family has a range of ages from 11 and up, and we all plan to use this table together. I recommend this puzzle table. It is very nice!

[ Helpful ]     |     Report

👤 katie

11/26/24, 6:16 AM  Amazon.com : Playaboula 1000 Pieces Rotating Plastic Puzzle Board with Drawers and Cover, 30&quot; Portable Jigsaw Puzzle Tabl…

Case: 1:24-cv-11980 Document #: 8-2 Filed: 11/26/24 Page 7 of 10 PageID #:239

★★★★★ **Such a great item for a puzzle lover!**
Reviewed in the United States on November 18, 2024

Amazon Vine Customer Review of Free Product ( What's this? )

I love doing puzzles, but with a large family I don't have a designated place I can keep one going without being in the way on the table when we need to eat. When I saw this item, I was super excited to order it, and it does not disappoint. It has four pull out drawers which are pretty roomy, as well as a large working surface. This photo is a 1000 piece puzzle with a finished dimension of 26.75"x19.75" and there is plenty of room for the puzzle with a few inches to spare on the sides. It also is on a lazy susan, so it rotates. The lazy susan is removable if you don't want it. I compared prices with other similar items on Amazon, and this is in the ballpark of those so the pricing seems right in comparison. It is a bit of a splurge at $70 (at the time of ordering), but at the moment there is a $20 coupon so that brings it down a bit. Really love this and can easily pack it up and move it when we need the table. Also comes with a rubber mat to cover the pieces to keep a young child or animal from messing with it.

2 people found this helpful

Helpful | Report

Amazon Customer

★★★★★ **Exceeded expectations**
Reviewed in the United States on November 17, 2024

From packaging to product I was wowed! The packaging is thoughtful. Box opens briefcase style for easy access to product. It's one piece the corners even were protected by corner covers. The lazy Susan is attached to the board so no installation of anything. The board itself is nice. It's not too heavy. The drawers come all the way out if you need them to. They don't just open on their own but aren't hard to open either. Love that the drawer lock mechanism isn't a physical piece to move to lock in place like other boards. The cover really takes the cake. It's weighted. It can be moved to expose just some of the puzzle. It's NICE. No other boards I've seen offer these features and quality. I was very impressed. Messaged all my puzzle friends about it. I am so glad I returned the wooden puzzle board system I initially paid $80 for. The quality wasn't there and for $80 I was super disappointed. Found this product and took a leap of faith as it didn't have reviews.
I even left a concert early to get home and get my current puzzle on the new board
Highly recommend. I'm absolutely satisfied with this product

3 people found this helpful

Helpful | Report

Karleen E

★★★★★ **Exactly what I needed**
Reviewed in the United States on November 18, 2024

Amazon Vine Customer Review of Free Product ( What's this? )

This rotating puzzle board makes puzzling much more enjoyable. It's sturdy and rotates smoothly. the drawers make it very easy to organize and store pieces as you work. The included cover is great for temporary storage when you're taking a break from your puzzle. The hard plastic is easy to clean, too. Very pleased with this puzzle board.

Helpful | Report

daniellesuzanne

★★★★★ **High Quality puzzle board.**
Reviewed in the United States on November 21, 2024

Amazon Vine Customer Review of Free Product ( What's this? )

This rotates and has drawers for catagorizing puzzle pieces. It has a nice cover as well. I have a few different puzzle keeping options and this is the highest quality. I wish I could store puzzles horiantally, but I have not found a good soulution for that. This can at least be stored under a bed to get it out of site between puzzle sessions.

Helpful | Report

See more reviews ›

**Top reviews from other countries**

 Jasmin

★★★★★ **Pricey but Perfect!**

Reviewed in Canada on November 21, 2024

**Amazon Vine Customer Review of Free Product** ( What's this? )

I haven't even finished my first puzzle on it, and I can already tell you it's a 5-star item! It's currently $80CAD, which is pretty steep, but man is it great! The lazy Susan on the bottom is removable and a little booklet explains to take it off if you want to. Personally, I like that it spins! I haven't used that feature much yet with puzzles, but it'll be great with lots of board games so people can reach when it's their turn - like a quality scrabble set can be turned so the letters are face-up for each player on their turn. I love that it has 4 separate drawers for sorting puzzle pieces into groups to be fit together later. Before I ordered, I somehow missed the fact that it comes with a black mat to cover the pieces. This is maybe the best part! I can lay the mat over a puzzle in progress and it not only keeps the cats from knocking pieces down and making a mess, but also prices a surface to putting a board game on top while the puzzle isn't done. Makes it a multi-tasking little table!! Everything seems like durable plastic and the table is light enough I can move it around (carefully) if I'm switching from one room to another. This will definitely be used and loved in the years to come! It's already getting me back into doing puzzles.

Report

 Plant crazy

★★★★★ **Best puzzle board**

Reviewed in Canada on November 22, 2024

**Amazon Vine Customer Review of Free Product** ( What's this? )



The puzzle fanatics in the family who are earmarked to receive this as a gift are going to love this! Presently their ability to set up and store a partly built puzzle consists of a felt puzzle mat with ties. And due to their age, this isn't always a successful venture. So when I saw this board, I immediately got excited as this is a serious upgrade to the puzzle game! Being big enough for the large 1,000 piece puzzles, they should not lack for space on this. With the removable, free-moving lazy Susan base, this can be left on, as it was when received, or removed for a fixed base. I'm not certain which pleased me more about this, the size, lazy Susan, or the 4 storage drawers? I honestly think it's the drawers

˅ Read more

Report

 bartos

★★★★★ **Great Puzzle table.**

Reviewed in Canada on November 24, 2024

**Amazon Vine Customer Review of Free Product** ( What's this? )

I have never had patience for puzzles but my wife and her mother have always spent hours doing intricate puzzles. She has always wanted a puzzle board so I thought I'd give this one a try.

This is a very nice table to work on that can also store all the pieces neatly. It is very solid and well built. It includes four coloured trays that fit into the side of the table keeping all the pieces well organized. No more puzzle pieces scattered about the kitchen table. It can easily be moved when done for the day and brought back to finish at a later time.

The table top can also rotate (like a Lazy Susan) to allow easy access to different areas for much easy placement of the pieces.
And it comes with a nice cover to keep everything safe and secure when not in use.

If you are into puzzles then this table is a great addition. My wife really loves it.

Report

 Basic User

★★★★★ **Game Changer!**

Reviewed in Canada on November 19, 2024

11/26/24, 6:16 AM Amazon.com : Lavievert 1000 Pieces Rotating Plastic Puzzle Board with Drawers and Cover, 30" Large Portable Jigsaw Puzzle Tabl…

Case: 1:24-cv-11980 Document #: 8-2 Filed: 11/26/24 Page 9 of 10 PageID #:341

**Amazon Vine Customer Review of Free Product** ( What's this? )

What a genius puzzle board! Seriously, this rotating puzzle board is a game changer.

It's well designed and built to last from good material. It has a nice flat surface and came with a black mat. The black colour makes it so much easier on the eyes to look for pieces. It came with big 4 drawers that are removable to easily look for pieces. The face of the board has moderately high edges (like a fence) to prevent pieces from being pushed off by accident.

The turn wheel is also easily removable depending on the puzzle and preferences.

This rotating puzzle board would make for a very nice present for someone that loves to solve jigsaw puzzles all the time.

I highly recommend it!

Report

Ccstacey

★★★★★ **Great puzzle board**

Reviewed in Canada on November 24, 2024

**Amazon Vine Customer Review of Free Product** ( What's this? )

Love this large puzzle board. It's light enough that I can carry it myself to move if necessary. The lazy Susan feature makes it so I don't need to move or stretch across the table I can just spin the board to where I want to reach. The 4 puzzle drawers allow me to store and sort pieces. Super handy. Overall this has improved my puzzle game and I'm excited for more puzzles to come.

Report

See more reviews ›

Buy a domain. Get a website, logo and email, too.
GoDaddy Airo
Start Now
Sponsored ⓘ

Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

Case: 1:24-cv-11980 Document #: 8-2 Filed: 11/26/24 Page 10 of 10 PageID #:342

