# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHENZHEN LIQIU SANHOU TECHNOLOGY CO., LTD<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>XIAOLING CHE,<br><br>　　　　　　Defendant. | No. 24-cv-11980<br><br>Judge Andrea R. Wood<br><br>Magistrate Judge Heather K. McShain |

## ORDER

Upon review of the Amended Complaint filed by Plaintiff Liqiu Sanhou Technology Co., Ltd. ("Plaintiff" or "Sanhou-SH" or "Playboda") (ECF No. 1); Plaintiff's Motion for Temporary Restraining Order and accompanying exhibits (ECF No. 6); Defendant's Opposition to Plaintiff's Motion for Temporary Restraining Order (ECF No. 8); and Plaintiff's Reply to Defendant's Opposition, (ECF No. 11); and upon consideration of the argument presented during the emergency motion hearing held on November 27, 2024, it is hereby ORDERED that

(1) Upon receipt of this Order, Amazon shall reinstate Plaintiff's ASINs B0CQSZMJBS and B0C7QFLV8L, which were deactivated due to Defendant's infringement complaint (ID: 16652447091).

(2) Once the ASINs are reinstated by Amazon, Plaintiff shall be permitted to sell only the "New Design" puzzle board product, as referenced in the Amended Complaint (ECF No. 4, ¶¶ 26–37), until further order of this Court.

(3) Plaintiff is prohibited from selling the "Old Design" puzzle board product, as referenced in the Amended Complaint (ECF No, 4, ¶¶ 20–25) under ASINs B0CQSZMJBS and B0C7QFLV8L for the duration of this litigation or until otherwise ordered by the Court. Plaintiff is advised that any violation of this provision may result in Plaintiff being held in contempt of court and/or the imposition of sanctions.

(4) Plaintiff is directed to provide actual notice of this Order to Amazon.

(5) Any party aggrieved by this Order may petition the Court for relief by written motion in the above-captioned case.

*SO ORDERED.*

Dated: November 27, 2024

_____
Andrea R. Wood
United States District Judge